IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY MEADOWS FULFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-CV-1033-TMH |
| ) | |
| CHAMBERS COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Brittney Meadows Fulford ["Fulford"], an indigent inmate, initiated this civil action challenging the medical treatment provided to her at the Chambers County Detention Center for injuries suffered in a fall.  On November 29, 2012, this court entered orders, copies of which the Clerk mailed to Fulford.  The postal service returned these orders because Fulford no longer resided at the address she had provided for service.  In light of the foregoing, the court entered an order requiring that on or before December 28, 2012 Fulford inform the court of her present address.  *Order of December 13, 2012 - Court Doc. No. 5*.  This order specifically cautioned Fulford that her failure to comply with its directives would result in a recommendation that this case be dismissed.  *Id*.  Fulford has filed nothing in response to the aforementioned order and this case cannot properly proceed in her absence.  It is likewise clear Fulford is no longer interested in the prosecution of this case.  The court therefore concludes this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action.

It is further

ORDERED that **on or before January 16, 2013**, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 2nd day of January, 2013.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE