IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY MEADOWS FULFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 3:12cv1033-TMH |
| ) | (WO) |
| CHAMBERS COUNTY DETENTION ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On January 2, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to properly prosecute this action.

A separate order will issue.

DONE this the 6th day of February, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE